15582 NBH/MEP HDR

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICK KEENAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 16 L 2938 |
| | ) | |
| HOME DEPOT U.S.A., INC., a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

NOW COMES the Defendant, HOME DEPOT U.S.A., INC., by and through its attorney NOEL B. HABEREK, JR., of McVEY & PARSKY, LLC, and pursuant to 28 U.S.C.A. 1332, 1441 and 1446, hereby provides notice of its removal of this cause pursuant to said statutes for the following reasons:

1. On or about March 21, 2016, there was commenced and is now pending in the Circuit Court of the Cook County, Illinois, a certain civil action under Case No. 2016 L 002938 in which PATRICK KEENAN is the Plaintiff, and HOME DEPOT U.S.A., INC. is the Defendant.

2. The aforementioned lawsuit is brought by the Plaintiffs seeking damages for personal injuries under negligence and premises liability claims. The Plaintiff's Complaint prays for damages "in an amount in excess of the jurisdictional limit of $50,000 and to award his all recoverable costs."

3. Plaintiff's Complaint alleges that he suffered severe injuries including an injury to his eye resulting in 2 surgeries. Further, counsel for the Plaintiff has advised that damages will exceed $75,000. As such, Plaintiff's damages will exceed $75,000.

4. The Defendant states that the above lawsuit involves a controversy with complete diversity of citizenship between citizens of different states, and the Defendant affirmatively states further, and is confirmed by the attorneys' conversation:

(a) Plaintiff was at the commencement of this action, and is now, a citizen of the State of Illinois, and is a resident of the State of Illinois, and is not a citizen of the State of Delaware or the State of Georgia.

(b) The Defendant, HOME DEPOT U.S.A., INC., is a corporation duly created and organized by and under the laws of the State of Delaware with its principal place of business in the State of Georgia, and was not and is not a corporation created or organized under the laws of the State of Illinois, nor doe sit have its principal place of business in the State of Illinois.

5. This matter involves a controversy between an individual who is a resident of the State of Illinois and a corporation or organized pursuant to the laws of a state other than Illinois, and who has its principal place of business in a state other than Illinois. Further, the amount in controversy involves more than $75,000.00, exclusive of interest and costs. Accordingly, the District Court for the United States has original jurisdiction over this lawsuit.

6. This Notice of Removal is timely as it is within thirty (30) days of service, which was March 28, 2016.

7. Attached hereto, and made a part hereof, are copies of the following documents filed by the Plaintiff and forwarded by the Defendant for filing in the Circuit Court of Cook County under case #2016 L 2938:

- Plaintiff’s Complaint at Law;
- Plaintiff’s Summons directed to the Defendant;
- Defendant's Appearance;
- Defendant's Answer to Plaintiff's Complaint at Law;
- Defendant's Affirmative Defenses; and
- Defendant's Notice of Filing Appearance, Answer to Plaintiff’s Complaint at Law and Affirmative Defenses.

To the Defendant's knowledge, no other documents, or pleadings were filed in said lawsuit.

8. Notice of the filing of this Removal has been given to all parties as required by law, and is attached hereto. A true and correct copy of this Removal has been filed with the Circuit Court of Cook County, Illinois – Law Division, as provided by law.

9. The Defendant herein on removal demands this case be tried by a jury.

WHEREFORE, the Defendant, HOME DEPOT U.S.A., INC., prays that it may affect removal of the within action from the Circuit Court of Cook County, Illinois – Law Division, to the United States District Court for the Northern District of Illinois – Eastern Division, and that the matter be tried before a jury.

Respectfully submitted,

HOME DEPOT U.S.A., INC.

BY: /s/ Noel B. Haberek, Jr.
Noel B. Haberek Jr. (ARDC#6203567)
One of Its Attorneys

Noel B. Haberek, Jr.
McVEY & PARSKY, LLC
30 N. LaSalle Street, Suite 2100
Chicago, IL 60602
Ph.: 312/551-2130
Fax: 312/551-2131
E/M: nbh@mcveyparsky-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 21, 2016 I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

Kevin J. McNamara
McNamara Law Offices, P.C.
650 N. Dearborn, Suite 750
Chicago, Illinois 60654

Phone: 312/201-8850
Fax: 312/201-8853
E/M kevin@kevinmcnamaralaw.com

McVEY & PARSKY, LLC
Attorney for Defendant
30 N. LaSalle Street, Suite 2100
Chicago, IL 60602
Ph.: 312/551-2130
Fax: 312/551-2131

By: /s/ Noel B. Haberek, Jr.
Noel B. Haberek, Jr. (ARDC #6203567)